United States District Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VERNON CHARLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-200 |
| | § | |
| TEXAS CITY TERMINAL RAILWAY COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have advised the court that they have reached a settlement. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Friday, January 10th, 2025, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, January 10th, 2025.

Signed on Galveston Island this 7th day of November, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE